Date Signed:
July 5, 2019



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re | ) Case No. 19-00002 |
| | ) (Chapter 13) |
| | ) |
| ANDREW LAWRENCE DIXON, | ) |
| | ) **ORDER GRANTING STANDING** |
| | ) **TRUSTEE'S MOTION TO** |
| | ) **DISMISS CHAPTER 13 CASE** |
| | ) |
| Debtor. | ) **HEARING**: |
| | ) Date: July 1, 2019 |
| | ) Time: 9:30 A.M. |
| | ) Judge: Hon. Robert J. Faris |
| | ) |
| | ) Dkt #73 |
| | ) |

## ORDER GRANTING STANDING TRUSTEE'S
## MOTION TO DISMISS CHAPTER 13 CASE

The Standing Trustee's Motion to Dismiss Chapter 13 Case

("Motion") (Dkt #73), filed herein on April 22, 2019, came on for hearing on

T:\Data\Hu, Howard\Dixon, Andrew\Pleadings\Drafts\Dismiss ORDER.wpd

Monday, July 1, 2019, at 9:30 a.m. before the Honorable Robert J. Faris, United States Bankruptcy Judge. Present at the hearing were Colin Kurata for Debtor Andrew Lawrence Dixon ("Debtor"), Kevin Herring for Creditors Donna McBrien-Sliwowski and Angelika Sliwowski, Zachary Kondo for Creditor Deutsche Bank, Jonathan Lai for Creditor First Hawaiian Bank, and Steven Guttman for Standing Trustee Howard M. S. Hu. No other appearances were made.

The Court having considered the Standing Trustee's Motion, the Debtor's Objection to the Motion (Dkt #104) and all other papers filed in this case relating to the aforementioned pleadings, having considered the representations and arguments of counsel, having reviewed the records and files in this case, and for the reason stated on the record and pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion to Dismiss Chapter 13 Case is GRANTED;

2. This Chapter 13 proceeding will be dismissed effective July 15, 2019; and

3. Any applicable prohibition or restriction on refiling a petition under 11 U.S.C. §§ 109(g), 362(d) or 362 (e) are hereby waived.

## END OF ORDER

SUBMITTED BY:

KESSNER UMEBAYASHI
BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

STEVEN GUTTMAN  1289-0
DAWN EGUSA 9359-0
220 South King Street, Suite 1900
Honolulu, Hawaii   96813
Telephone:  (808) 536-1900
Facsimile:    (808) 529-7177
Email: kdubm_bk@kdubm.com

Attorneys for Standing Trustee
HOWARD M. S. HU