Date Signed:
August 29, 2019



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re: | Case No. 19-00002 (Chapter 13) |
| ANDREW LAWRENCE DIXON, | Re: Docket Nos. 91, 115 |
| Debtor. | Hearing:<br>Date: August 20, 2019<br>Time: 9:30 a.m.<br>Judge: Honorable Robert J. Faris |

### JUDGMENT

Order Regarding Disposition of Buyer's Deposits was entered in favor of Seller and Debtor ANDREW LAWRENCE DIXON (hereinafter "DIXON"), and against Buyers Edgar U. Elegino, Bernadette U. Elegino and Jun Ungos Elegino (hereinafter "the Eleginos") on August 26, 2019.

Therefore, Judgment is hereby entered in favor of DIXON and against the Eleginos as follows:

IT IS HEREBY ORDERED THAT First American Title Corporation shall pay the deposit of $3,000 in Escrow No. 6100-5893883 to Seller ANDREW LAWRENCE DIXON.

**END OF JUDGMENT**

Submitted by:

COLIN K. KURATA     2400-0
American Savings Bank Tower
1001 Bishop Street, Suite 2685
Honolulu, Hawaii  96813
Tel. No. (808) 524-2900
Fax. No. (808) 524-2922
colin@kurata-law.com

_____
*In re ANDREW LAWRENCE DIXON; Case No. 19-00002;* JUDGMENT